**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:                                      CASE NO.: 10-50405-KKS
                                            CHAPTER 13
STEVEN A. EVANS
REBECCA D. EVANS

_____Debtors_____/

**ORDER DENYING CHAPTER 13 TRUSTEE'S**
**MOTION TO DISMISS WITH CONDITIONS (Docket No. 97)**

**THIS CAUSE,** having come before the Court upon the Chapter 13 Trustee's Motion to Dismiss (Docket No. 97), and the Court having reviewed the file, and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that:

1. The Trustee's Motion to Dismiss is DENIED, provided the Debtor(s) complies with the condition(s) in this Order.

2. The Debtor(s) shall have fifteen (15) days from the date of the hearing, or July 5, 2013, to file a Notice of Conversion or Voluntary Dismissal.

3. If Debtor(s) fails to comply with the aforementioned condition(s), the Trustee shall submit a Notice of Failure to Comply with Order Denying Chapter 13 Trustee's Motion to Dismiss With Conditions, and the Court shall enter an Order Dismissing Case without further notice or hearing.

**DONE AND ORDERED** this 28th day of June, 2013.

_____
KAREN K. SPECIE
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER PREPARED BY:
LEIGH D. HART, ESQ.
CHAPTER 13 TRUSTEE